## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carmen N. Sanders  JOINT DEBTOR: _____  CASE NO: _____
Last Four Digits of SS# 4479  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any *portion not* collected will be paid to creditors pro-rata under the plan:

    A.    $ 307.00 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 1,400.00
                Balance Due  -$ 2,100.00 payable $ 262.50 /month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.   Champion Mortgage                                    Arrearage on Petition Date $ 13,517.41
    PO Box 40724                                               Arrears Payment $ 13.80 /month (Months 1 to 8)
    Lansing, MI 48901                                Arrears Payment $ 257.83 /month (Months 9 to 60)
    Account No. 1028020                             *Debtor has a reverse mortgage and no monthly Payments are due*

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $ 18.47 /month (Months 9 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor shall pay post-petition property taxes and property insurance outside the Chapter 13 Plan.
2. The Debtor shall make all contractual payments for the 2014 Nissan Altima to Santander Consumer USA.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                   _____
Debtor                                                   Joint Debtor
Date: 1/23/17                                   Date: _____

LF-31 (rev. 01/08/10)