## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ___2nd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carmen N. Sanders  JOINT DEBTOR:_____  CASE NO: 17-11168-AJC
Last Four Digits of SS# 4479  Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 307.00 for months 1 to 8;
    B.    $ 2,347.00 for months 9 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $ 1,400.00
             Balance Due  -$ 2,100.00 payable $ 262.50 /month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Internal Revenue Service
   P.O. Box 7346
   Philadelphia, PA 19101-7346
   Account No. xxx-xx-9210

   Total Due on Petition Date $ 2,160.26
   *($1,955.00 @ 4%)*
   Payment $ 1.80 /month (Months 1 to 8)
   Payment $ 41.27 /month (Months 9 to 60)

2. Nationstar Mortgage, LLC
   dba Champion Mortgage
   8950 Cypress Waters Blvd
   Coppell, TX 75019
   Account No. 1028020

   Arrearage on Petition Date $ 12,393.48
   Arrears Payment $ 4.00 /month (Months 1 to 8)
   Arrears Payment $ 237.73 /month (Months 9 to 60)
   *Debtor has a reverse mortgage and no monthly Payments are due*

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]:

1. Internal Revenue Service
       Total Due $ 49,149.23
       Payable   $ 4.00 /month (Months 1 to 8)
       Payable   $ 944.57 /month (Months 9 to 60)

2. State of Florida-Dept of Revenue
       Total Due $ 44,088.96
       Payable   $ 4.00 /month (Months 1 to 8)
       Payable   $ 847.25 /month (Months 9 to 60)

Unsecured Creditors: Pay $ 41.48 /month (Months 9 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor shall pay post-petition property taxes and property insurance outside the Chapter 13 Plan.
2. The Debtor shall make all contractual payments for the 2014 Nissan Altima to Santander Consumer USA.
3. The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) with the 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3 % over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____  _____
Debtor                          Joint Debtor
Date: 6/2/20(?)                 Date:_____

LF-31 (rev. 01/08/10)